Tiffany R. Norman (SBN: 239873)
TRN LAW ASSOCIATES
654 Sacramento Street, Second Floor
San Francisco, CA 94111
Telephone: (415) 823-4566
Facsimile: (415) 762-5490

Attorney for Plaintiffs SAMIRA GUCCIONE
and SUSAN SALEHI-HAD

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMIRA GUCCIONE and SUSAN SALEHI-HAD,<br><br>             Plaintiff,<br>       v.<br><br>JPMORGAN CHASE BANK, N.A. and DOES 1-5<br><br>             Defendants. | Case No. C 14-04587 LB<br><br>**NOTICE OF DISMISSAL AND [PROPOSED] ORDER** |

**TO THE HONORABLE LAUREL BEELER, UNITED STATES MAGISTRATE JUDGE:**

PLEASE TAKE NOTICE THAT Plaintiffs SAMIRA GUCCIONE and SUSAN SALEHI-HAD ("Plaintiffs") respectfully submit this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

WHEREAS, the Plaintiffs filed their Complaint in the above-captioned action on October 14, 2014;

WHEREAS, Plaintiffs and Defendant JPMORGAN CHASE BANK, N.A. ("Defendant") (collectively, the "Parties") have reached a settlement;

WHEREAS, pursuant to the terms of the settlement agreement between the Parties, Plaintiffs agreed to dismiss this action with prejudice;

WHEREAS, on April 19, 2016, the Parties completed the settlement and fulfilled all the

terms of the settlement agreement;

WHEREAS, Plaintiffs therefore seek an Order from the Court dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: April 21, 2016                    /s/Tiffany R. Norman
                                         Tiffany R. Norman
                                         TRN LAW ASSOCIATES
                                         Attorney for Plaintiffs
                                         SAMIRA GUCCIONE and SUSAN
                                         SALEHI-HAD

AGREED:

DATED: April 21, 2016                    /s/Garrett R. Wynne
                                         Garrett R. Wynne
                                         KEESAL, YOUNG & LOGAN
                                         Attorney for Defendant
                                         JPMORGAN CHASE BANK, N.A.

### [PROPOSED] ORDER

Pursuant to the settlement of the Parties, Plaintiffs' Notice of Dismissal, and good cause appearing, it is HEREBY ORDERED that the lawsuit is dismissed with prejudice.

IT IS SO ORDERED.

Dated: __April 21, 2016__       _____
　　　　　　　　　　　　　　　　　　　Hon. Laurel Beeler
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge